UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
at LEXINGTON

Civil Action No. 20-380-HRW

**TIMOTHY HAROLD CARRINO,**            **PLAINTIFF,**

v.

**JUDGMENT**

**COMMISSIONER OF SOCIAL SECURITY,**          **DEFENDANT.**

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

     A.     the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;
     B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and
     C.     this action is **STRICKEN** from the active docket of the Court.

This 9th day of July 2021.



Signed By:

_Henry R Wilhoit Jr._

**United States District Judge**